Hon. J. Kelley Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>　　v.<br>BERTHA BELTRAN,<br>　　　　　　Defendant. | NO.   CR 06-5634<br><br>STIPULATION AND ORDER<br>CONTINUING TRIAL DATE |

## *STIPULATION*

The plaintiff, United States of America, through its counsel, Assistant United States Attorney, Barbara J. Sievers, and defendant, Bertha Beltran by and through his attorney, Lee Covell, hereby stipulate that the trial date in the above-entitled cause, charging the defendant with operating a motor vehicle while under the influence and carrying an open container in a vehicle, shall be continued from Dec. 6, 2006 until January 17, 2007.  The defendant recently commenced new employment at Consejo Counseling and must participate in a mandatory training session that runs through the week of Dec. 4, 2006.

s/　　　　　　　　　　　
Barbara J. Sievers
Assistant United States Attorney
*(By telephonic permission)*

s/　　　　　　　　　　　
Lee Covell
Attorney for Bertha Beltran

STIPULATION AND ORDER TO
CONTINUE TRIAL DATE

**Law Offices of Lee Covell**
119 First Avenue South
Suite 500
Seattle, WA 98104
(206) 682-6644

1

## *ORDER*

The above-referenced parties herein, having stipulated to the continuation of the motions deadline and this court being fully advised in the premises, it is now, therefore, ORDERED, ADJUDGED AND DECREED that the trial date is hereby continued from December 6, 2006 until January 17, 2007 at 1:30 p.m.

DONE this 1st day of December, 2006.

        s/ J Kelley Arnold
        J. Kelley Arnold
        United States Magistrate Judge

s/
Barbara J. Sievers
Assistant United States Attorney
*(By telephonic permission)*

s/
Lee Covell
Attorney for Bertha Beltran

### Certificate of Service

I certify, under penalty of perjury under the laws of the State of Washington, that today I electronically filed this pleading and all attachments with the Clerk of Court using the CM/ECF system, which will send electronic notification of the filing to the attorneys of record for each of the parties.

Signed on Nov. 30 th, 2006 in Seattle, Washington.

    s/
Lee Covell

STIPULATION AND ORDER TO
CONTINUE TRIAL DATE

2

**Law Offices of Lee Covell**
119 First Avenue South
Suite 500
Seattle, WA 98104
(206) 682-6644